

2. Article Number: 7160 3901 9842 7798 2829
3. Service Type: CERTIFIED MAIL
4. Restricted Delivery? (Extra Fee) ☐ Yes
1. Article Addressed to:

David G. Brunnquell, President
Brunnquell Iron Works, Inc.
2396 US Highway Rt. 130
Dayton, NJ 08810

A. Received by (Please Print Clearly): D. Denbinski
B. Date of Delivery: 7/24/06
C. Signature: X D. Denbinski
☐ Agent ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes ☐ No

[Postmark: DAYTON NJ 08810, JUL 24 2006]

PS Form 3811, January 2003    Domestic Return Receipt

150.204