# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **NATIONAL SHOPMEN PENSION FUND,** *et. al.* ) ) ) | |
| **Plaintiffs,** ) ) | |
| v. ) ) | Civil Action No. 06-cv-01277 PLF |
| **BRUNNQUELL IRON WORKS, INC.** ) ) | |
| **Defendant.** ) ) | |

## AFFIDAVIT OF SERVICE
## ON DEFENDANT BRUNNQUELL IRON WORKS, INC.

I hereby affirm that a copy of Plaintiffs' complaint and summons were served on Defendant on July 24, 2006, via certified mail, return receipt requested at the following address:

> David G. Brunnquell, President
> Brunnquell Iron Works, Inc.
> 2396 US Highway Rt. 130
> Dayton, NJ 08810

I declare that the foregoing is true and correct.

Date:  July 31, 2006

 /s/ Brent Glodowski
Brent Glodowski
SLEVIN & HART, P.C.
1625 Massachusetts Ave., N.W., Suite 450
Washington, D.C.  20036
(202) 797-8700

Paralegal

H:\Clients\0150\204\Affidavit of Service.wpd