UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NATIONAL SHOPMEN PENSION FUND,** *et. al.* <br>          **Plaintiffs,** <br><br>          v. <br><br> **BRUNNQUELL IRON WORKS, INC.** <br><br>          **Defendant.** | Civil Action No. 06-cv-01277 PLF |

**AFFIDAVIT IN SUPPORT OF DEFAULT**

I hereby certify this 29th day of August, 2006 that I am the attorney of record for the plaintiff in the above-entitled case; that the defendant, Brunnquell Iron Works, Inc., was served with process via overnight mail pursuant to the provisions of Fed. R. Civ. P. Rule 4(e)(1) and DC Code sec. 13-431(a)(2), at following address.

        Brunnquell Iron Works, Inc.
        2396 US Highway Rt. 130
        Dayton, NJ 08810

I further certify that: no appearance has been entered by said defendant in this case; no pleading has been filed and none served upon the attorney for the plaintiffs; and that the defendant is neither an infant nor an incompetent person.

The Clerk is requested to enter a Default against said defendant.

   /s/ Marc Rifkind
Marc H. Rifkind, Esq. (D.C. Bar No. 416183)
SLEVIN & HART, P.C.
1625 Massachusetts Avenue, NW, Suite 450
Washington, DC   20036
202-797-8700  (Telephone)
202-234-8231  (Facsimile)

Counsel for Plaintiff

Dated: August 29, 2006

## CERTIFICATE OF SERVICE

I hereby certify this 29th day of August, 2006, that I caused to be served a copy of the foregoing Affidavit in Support of Default by sending a copy of same first-class delivery, postage-prepaid to the following party:

>David G. Brunnquell, President
>Brunnquell Iron Works, Inc.
>2396 US Highway Rt. 130
>Dayton, NJ 08810

Respectfully submitted,

Dated: August 29, 2006

/s/ Marc Rifkind
Marc Rifkind
SLEVIN & HART, P.C.
1625 Massachusetts Ave., N.W., Suite 450
Washington, D.C. 20036
(202) 797-8700

Counsel for Plaintiffs

H:\Clients\0150\204\Default\Affidavit in support of Default.wpd