UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| NATIONAL SHOPMEN PENSION FUND, *et. al.* | ) ) ) |  |
| Plaintiffs, | ) ) | Civil Action No. 06-cv-01277 PLF |
| v. | ) ) |  |
| BRUNNQUELL IRON WORKS, INC. | ) ) |  |
| Defendant. | ) ) |  |

**MILITARY AFFIDAVIT**
(Certificate in Compliance With Soldiers and Sailors
Civil Relief Act of 1940, As Amended in 1942 & 1960
Title 50, Appendix, Section 520, United States Code)

I hereby certify this 29th day of August, 2006, that I am the duly authorized agent of the plaintiff in the above-listed case and make this certificate in plaintiff's behalf. I make this certificate pursuant to the provisions of the Soldiers and Sailors Civil Act of 1940 and the provisions of the Soldiers and Sailors Civil Relief Act Amendments of 1942 and 1960; that on behalf of the plaintiff, I have caused careful investigation to be made to ascertain whether or not the above-named defendant is in the military service of the United States or its Allies and that a result of said investigation, I have discovered and do hereby allege that said defendant is not in the military service of the United States or its Allies, that is to say said defendant is not a member of the Army of the United States, the United States Navy, the Marine Corps, the Coast Guard and is not an officer of the public Health Service detailed by proper authority for duty either with the Army or Navy, and said defendant is not on active duty with any branches aforesaid, nor is said defendant under training or education under the supervision of the United States preliminary to induction into the military

services; and the defendant is not serving with the forces of any nation with which the United States is allied in the prosecution of any war, nor has said defendant been ordered to report for induction under the Selective Training and Service Act of 1940, as amended, nor is the defendant a member of the Enlisted Reserve Corps ordered to report for military service, but is a corporation.

                                            Respectfully Submitted,

                                            /s/ Marc Rifkind
                                            Marc H. Rifkind, Esq. (D.C. Bar No. 416183)
                                            SLEVIN & HART, P.C.
                                            1625 Massachusetts Avenue, NW, Suite 450
                                            Washington, DC   20036
                                            202-797-8700  (Telephone)
                                            202-234-8231  (Facsimile)

Dated: August 29, 2006                        Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify this 29th day of August, 2006, that I caused to be served a copy of the foregoing Affidavit of Service and Military Affidavit and by sending a copy of same first-class delivery, postage-prepaid to the following party:

>David G. Brunnquell, President
>Brunnquell Iron Works, Inc.
>2396 US Highway Rt. 130
>Dayton, NJ 08810

Respectfully submitted,

Dated: August 29, 2006

/s/ Marc Rifkind
Marc Rifkind
SLEVIN & HART, P.C.
1625 Massachusetts Ave., N.W., Suite 450
Washington, D.C. 20036
(202) 797-8700

Counsel for Plaintiffs

H:\Clients\0150\204\Default\Military Affidavit.wpd