UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL SHOPMEN PENSION FUND, *et. al.* <br><br> Plaintiffs, <br><br> v. <br><br> BRUNNQUELL IRON WORKS, INC. <br><br> Defendant. | Civil Action No. 06-cv-01277 PLF |

## MOTION FOR ENTRY OF DEFAULT JUDGMENT

Plaintiffs move the Court, pursuant to Rule 55(b) of the Federal Rules of Civil Procedure, for entry of a partial judgment in favor of Plaintiffs and against Defendants as follows:

1. Judgment ordering Brunnquell Iron Works, Inc. ("Defendant" or "Brunnquell") to pay to Plaintiffs National Shopmen Pension Fund ("Fund") and its Trustees delinquent monthly contributions owed by Defendants to the Fund for the month of July 2006 in the estimated amount of $1,410.83;

2. Judgment ordering Defendants to pay to the Fund interest, calculated at the rate of 7% per annum from the date each contribution was due until the earlier of the date paid or September 1, 2006, on delinquent contributions due for February 2006 through July 2006 in the amount of $75.02;

3. Judgment ordering Defendants to pay to the Fund liquidated damages, calculated at the rate of 20% of the amount of each delinquent monthly contribution unpaid at the time suit was filed, for contributions due during the period February 2006 through July 2006 in the amount of $1,302.41;

4.	Judgment ordering Defendants to pay to the Fund the attorneys' fees and costs that it incurred from June 15, 2006 through August 21, 2006 in the amount of $1,515.15;

5.	Judgment ordering Defendants to submit to the Fund, no later than seven days after the date of entry of the Court's Order, separate monthly remittance reports for the month of July 2006 through the date of Judgment, setting forth all compensable hours of all employees covered by the collective bargaining agreement;

6.	Judgment requiring Defendants to submit to a payroll audit by the Fund within 30 days of entry of Judgment in the case.

In support of this Motion, Plaintiffs submit the attached Memorandum of Points and Authorities, Declaration of A. H. Higgs, Jr., and Affidavit of Marc H. Rifkind, Esq. Plaintiffs request that the Court retain jurisdiction pending receipt and analysis by the Fund of Defendants' missing remittance reports and completion of the Fund's payroll audit, so that a supplemental order may be entered in the event that any additional amounts are found to be due from Defendants to the Fund.

Respectfully submitted,

Dated: September 8 , 2006		/s/ Marc Rifkind
	Marc H. Rifkind, Esq. (D.C. Bar No. 416183)
	SLEVIN & HART, P.C.
	1625 Massachusetts Avenue, NW, Suite 450
	Washington, DC  20036
	202-797-8700  (Telephone)
	202-234-8231  (Facsimile)

	Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify this 8th day of September, 2006, that I caused to be served a copy of the

foregoing Motion for Default Judgment; Brief in Support thereof, Affidavits of Marc Rifkind and A. H. Higgs, Jr., and the proposed Judgment same via overnight delivery, postage-prepaid to the following party:

>BRUNNQUELL IRON WORKS, INC.
>David G. Brunnquell, President
>2396 US Highway Rt. 130
>Dayton, NJ 08810

Dated: September 8, 2006        /s/ Marc Rifkind
                                Marc Rifkind


                                Counsel for Plaintiffs


H:\Clients\0150\204\Default\Motion for Default Judgment.wpd