UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| NATIONAL SHOPMEN PENSION FUND, *et. al.* | ) ) ) |  |
| Plaintiffs, | ) ) | Civil Action No. 06-cv-01277 PLF |
| v. | ) ) |  |
| BRUNNQUELL IRON WORKS, INC. | ) ) |  |
| Defendant. | ) ) |  |

**AFFIDAVIT OF MARC H. RIFKIND, ESQ.**

I, Marc H. Rifkind, hereby certify under pain and penalty of perjury, that:

1. I am an attorney admitted to practice in the District of Columbia.

2. I received my J.D. degree in 1987 from the University of Michigan.

3. I am presently engaged in the practice of law in the District of Columbia as a principal in the firm of Slevin & Hart, P.C.. The firm is engaged primarily in the practice of employee benefits law and regularly represents joint labor-management employee benefit funds. I have practiced in the field of employee benefit law for approximately 18 years.

4. Brent Glodowski and Josh Grant are legal assistants employed by the firm.

5. The firm of Slevin & Hart regularly performs legal services for the National Shopmen Pension Fund. The firm is frequently asked by the Trustees of the Fund to collect delinquent contributions owed to the Fund pursuant to collective bargaining agreements between locals affiliated with the Fund and participating employers.

6. Attorney's fees in this matter are set forth in the below chart.

| Individual | Billing Hours | Billing Rate | Total Fee |
|---|---|---|---|
| Marc H. Rifkind | 1.3 | $240 | $312.00 |
| Brent Glodowski | 6.8 | $95 | $646.00 |
| Josh Grant | 2.0 | $95 | $190.00 |
| **Total** | **10.1** | | **$1,148.00** |

7. Time spent by counsel and legal assistants includes the following tasks: drafting correspondence to defendant regarding delinquency to the Fund; researching the corporate structure of the defendant corporation; drafting the initial complaint; and drafting Plaintiffs' motion for entry of default and drafting the motion for default judgment pleadings.

8. Costs in this matter are in the amount of $367.15 and consist of the following: $350.00 in court filing fees, $7.10 in postage fees, and $10.05 in photocopying expenses.

9. In light of the facts set forth herein, the undersigned submits that Plaintiff's claim for fees in this case is reasonable.

I hereby declare that the foregoing is true and correct.

Dated: September 8, 2006         /s/ Marc Rifkind
                                 Marc H. Rifkind, Esq.  Bar No. 416183 (DC)
                                 SLEVIN & HART, P.C.
                                 1625 Massachusetts Ave., NW, Suite 450
                                 Washington, DC  20036
                                 (202) 797-8700

H:\Clients\0150\204\Default\MHR Affidavit.wpd