UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL SHOPMEN PENSION FUND, *et. al.* <br> Plaintiffs, <br><br> v. <br><br> BRUNNQUELL IRON WORKS, INC. <br><br> Defendant. | Civil Action No. 06-cv-01277 PLF |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Motion for Entry of Judgment pursuant to Rule 55(b) of the Federal Rules of Civil Procedure and supporting memorandum of points and authorities and supporting affidavits, and, following due notice to Defendants, it is hereby:

ORDERED, that the Plaintiffs' motion be, and hereby is, granted and that default judgment be entered in favor of the National Shopmen Pension Fund ("Fund"), and its Trustees as follows:

1. Defendants shall pay to the Fund delinquent contributions owed for the month of July 2006 in the amount of $1,410.83;

2. Defendants shall further pay to the Fund all interest, calculated at the rate of 7% per annum from the date contributions were due until the date paid, on delinquent contributions due for the months of February through July 2006 in the amount of $75.02;

3. Defendants shall further pay the Fund liquidated damages, for each delinquent monthly contribution in an amount equal to the greater of interest accrued on that monthly contribution or twenty percent of the contribution unpaid at the time this case was filed or which became delinquent

thereafter in the amount of $1,302.41;

  4. Defendants shall further pay Plaintiffs the amount of $1,515.15 for attorney's fees and costs incurred by Plaintiff from June 15, 2006 through August 21, 2006, provided that Plaintiffs shall have the right to seek a supplemental judgment for any and all attorney's fees and costs incurred in the collection of contribution owed for the periods set out in this Order;

  5. Within seven days of the date of judgment herein, Defendants shall submit to the Fund remittance reports listing all hours for which contributions are due to it for the month of July 2006;

  6. Defendants shall submit to payroll audit by the Fund within 30 days of the date of Judgment herein.

  The Court will retain jurisdiction over this matter so that Plaintiffs may apply for a supplemental judgment in the event that the reports required by paragraph 5 or payroll audit referred to in paragraph 6, above, demonstrate that additional contributions beyond those ordered to be paid by this judgment are due.

                     _____

                      Honorable _____
                      Dated:

H:\Clients\0150\204\Default\Proposed Order.wpd