# EXHIBIT A

***Brunnquell Iron Works, Inc.***
***Schedule of Delinquent Monthly Contributions***

*Interest Rate is 7 percent per annum
** Liquidated Damages Rate is 20 percent of the delinquent contributions
***July 2006 remittance reports and contributions have not been submitted to the Fund and are estimates

| Month | Contribution Amt. | Date Due | Date Paid | Interest Owed | Liquidated Damages Owed |
|---|---|---|---|---|---|
| February-06 | $1,164.06 | 3/15/2006 | 7/24/2006 | $29.25 | $232.81 |
| March-06 | $645.45 | 4/15/2006 | 7/24/2006 | $12.38 | $129.09 |
| April-06 | $1,152.06 | 5/15/2006 | 7/31/2006 | $17.01 | $230.41 |
| May-06 | $907.63 | 6/15/2006 | 7/31/2006 | $8.01 | $181.53 |
| June-06 | $1,232.01 | 7/15/2006 | 7/31/2006 | $3.78 | $246.40 |
| July-06 | $1,410.83 | 8/15/2006 | 9/1/2006 | $4.60 | $282.17 |
| | **$6,512.04** | | | **$75.02** | **$1,302.41** |

**Contributions Owed: $1,410.83**
**Interest Owed: $75.02**
**Liquidated Damages Owed: $1,302.41**
**Attorney's Fees & Costs: $1,515.15**

**Grand Total: $4,303.41**