UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| _____<br>)<br>NATIONAL SHOPMEN PENSION FUND,)<br>*et al.*                                                        )<br>                                                                    )<br>              Plaintiff,                              )<br>                                                                    )<br>       v.                                                        )<br>                                                                    )<br>BRUNQUELL IRON WORKS, INC.,    )<br>                                                                    )<br>              Defendant.                         )<br>_____) | | Civil Action No. 06-1277   (PLF) |

## ORDER

The Court has before it plaintiff's Motion for Entry of Default Judgment. Plaintiff's verified complaint and summons were served on defendant via certified mail on July 24, 2006. An affidavit of said service has been filed with the Court. On August 30, 2006, the Clerk of the Court for the United States District Court for the District of Columbia declared that defendant is in default for failure to plead or otherwise defend this action. Defendant is not an infant or incompetent person. Plaintiff seeks entry of a default judgment and requests an Order directing defendant to pay $4303.41, including principal, interest, late fees/liquidated damages and attorneys' fees and costs. Plaintiff also requests that it have the right to seek supplemental judgment for additional attorneys' fees and that the Court retain jurisdiction if additional contributions by defendants are found to be due. Upon consideration of the foregoing, it is hereby

ORDERED that defendant show cause by November 3, 2006 why the Court should not enter a default judgment in favor of the plaintiff.

SO ORDERED.

_/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: October 11, 2006