UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL SHOPMEN PENSION FUND, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-1277 (PLF) |
| ) | |
| BRUNQUELL IRON WORKS, INC., ) | |
| ) | |
| Defendant. ) | |

ORDER AND JUDGMENT

The Court has before it plaintiff's Motion for Entry of Default Judgment. Plaintiff's verified complaint and summons were served on defendant via certified mail on July 24, 2006. An affidavit of said service has been filed with the Court. On August 30, 2006, the Clerk of the Court for the United States District Court for the District of Columbia declared that defendant is in default for failure to plead or otherwise defend this action. Defendant is not an infant or incompetent person. Plaintiff seeks entry of a default judgment and requests an Order directing defendant to pay $4303.41, including principal, interest, late fees/liquidated damages and attorneys' fees and costs. Plaintiff also requests that it have the right to seek supplemental judgment for additional attorneys' fees and that the Court retain jurisdiction if additional contributions by defendants are found to be due.

Plaintiff filed a motion for entry of default judgment on September 8, 2006, attaching affidavits and/or declarations and a memorandum of points and authorities in support. On October 13, 2006, the Court issued an order for defendant to show cause by November 3, 2006 why a default judgment should not be entered in favor of the plaintiff. That date has passed

without a response from the defendant.  Plaintiff's motion for default judgment will be granted. See FED. R. CIV. P. 55(b)(2).  Accordingly, it is hereby

ORDERED that plaintiff's motion for entry of default judgment [8] is GRANTED; it is

FURTHER ORDERED that  judgment be entered against defendant in the amount of four thousand three hundred and three dollars and forty one cents ($4303.41), including principal, interest, late fees/liquidated damages and attorneys' fees and costs; and it is

FURTHER ORDERED that this case is DISMISSED and the Clerk of the Court shall remove it from the docket of the Court.  This is a final appealable order.  See FED. R. APP. P. 4(a).

SO ORDERED.


\_\_/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: November 20, 2006