UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL SHOPMEN PENSION FUND, *et. al.* | ) ) ) |
| **Plaintiffs,** | ) ) |
| v. | ) )   Civil Action No. 06-cv-01277 |
| BRUNNQUELL IRON WORKS, INC. | ) ) ) |
| **Defendant.** | ) ) |

**PLAINTIFFS' MOTION TO AMEND THE ORDER AND JUDGMENT**

Plaintiffs, the National Shopmen Pension Fund (hereinafter the "Fund"), hereby file this motion seeking the issuance by this Honorable Court of an Order. The spelling of the Defendant's name in the caption of the ORDER AND JUDGMENT, dated November 20, 2006, was incorrectly spelled ***Brunquell*** and should be amended to ***Brunnquell*** *Iron Works, Inc.*

WHEREFORE, the Fund requests that the Court enter an Order amending the spelling of the Defendant's name in the caption of the ORDER AND JUDGMENT.

Dated: March 15, 2007                    Respectfully submitted,

                                         ___/s/ Marc H. Rifkind_____
                                         Marc H. Rifkind, Esq. (D.C. Bar No. 416183)
                                         Slevin & Hart, P.C.
                                         1625 Massachusetts Avenue, N.W., Suite 450
                                         Washington, DC 20036
                                         (202) 797-8700 (Telephone)
                                         (202) 234-8231 (Facsimile)

                                         Attorney for Plaintiffs

35288

**CERTIFICATE OF SERVICE**

I hereby certify this 15th day of March, 2007, that I caused to be served a copy of the foregoing Motion to Amend the Order and Judgment by sending a copy of same via first class mail to the following:

> Brunnquell Iron Works, Inc.
> David G. Brunnquell, President
> 2396 US Highway Rt. 130
> Dayton, NJ 08810

___/s/ Marc H. Rifkind_____

Marc H. Rifkind, Esq. D.C. Bar No. 416183