UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL SHOPMEN PENSION FUND, *et. al.* </br>　　　　Plaintiffs, </br></br>　　v. </br></br>BRUNNQUELL IRON WORKS, INC. </br></br>　　　　Defendant. | Civil Action No. 06-cv-1277 PLF |

## NOTICE OF SATISFACTION OF JUDGMENT

WHEREAS, a judgment was entered in favor of Plaintiffs, National Shopmen Pension Fund, et. al., against Defendant, Brunnquell Iron Works, Inc., on November 20, 2006 in the above-entitled action for the sum of $4,303.41, including delinquent contributions, interest, liquidated damages, and attorney's fees and costs.

WHEREAS, said judgment has been paid to the full satisfaction of Plaintiffs.

THEREFORE, satisfaction of the said judgment is hereby acknowledged and the Clerk of the Court is hereby authorized and directed to cancel and discharge the same.

　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated: October 9, 2007　　　　　　 /s/ Marc Rifkind
　　　　　　　　　　　　　　　　Marc H. Rifkind, Esq. (D.C. Bar No. 416183)
　　　　　　　　　　　　　　　　SLEVIN & HART, P.C.
　　　　　　　　　　　　　　　　1625 Massachusetts Avenue, NW, Suite 450
　　　　　　　　　　　　　　　　Washington, DC  20036
　　　　　　　　　　　　　　　　202-797-8700  (Telephone)
　　　　　　　　　　　　　　　　202-234-8231  (Facsimile)

　　　　　　　　　　　　　　　　Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify this 9th day of October, 2007, that I caused to be served a copy of the foregoing Notice of Satisfaction of Judgment via first class mail to the following party:

>BRUNNQUELL IRON WORKS, INC.
>David G. Brunnquell, President
>2396 US Highway Rt. 130
>Dayton, NJ 08810

Dated: October 9, 2007                     /s/ Marc Rifkind
                                                  Marc Rifkind

                                                  Counsel for Plaintiffs

55201